FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2001 AUG -7 P 4: 29

CLERK'S OFFICE
AT BALTIMORE

AUG 7 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

| | |
|---|---|
| M&M/MARS, A DIVISION OF MARS, INCORPORATED | |
| Plaintiff(s) | Case No.: CCB01-2203 |
| vs. | * |
| EDWARD H. McKAY | * |
| Defendant(s) | ✓ FEE PAID |
| ****** | ___ FEE NOT PAID (SEND LETTER) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __William Carrier__, am a member in good standing of the bar of this Court. My bar number is __08453__. I am moving the admission of __Harry R. Harmon__ to appear *pro hac vice* in this case as counsel for __Plaintiff__.

We certify that:

1. Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to: Clerk, United States District Court.)

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of PA | October 1983 |
| Eastern District of PA | August 18, 1983 |
| Northern District of CA | 1984 |
| PA, County of Lancaster | October 14, 1977 |
| U.S. Court of Federal Claims | December 3, 1982 |
| U.S. Court of Appeals 3rd Cir. | August 1983 |
| U.S. Court of Appeals 5th Cir. | April 6, 1998 |
| Middle District of PA (Scranton) | March 1987 |
| Northern District of Mississippi | 1992 |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *(signature)* | *(signature)* |
| Signature | Signature |
| William Carrier, Fed. Bar No. 08453 | Harry R. Harmon |
| Printed Name | Printed Name |
| TYDINGS & ROSENBERG LLP | HARMON & DAVIES, P.C. |
| Firm | Firm |
| 100 E. Pratt Street | 2306 Columbia Avenue |
| Baltimore, MD 21202 | Lancaster, PA 17603 |
| Address | Address |
| (410) 752-9700 | (717) 291-2236 |
| Telephone Number | Telephone Number |
| (410) 727-5460 | (717) 291-5739 |
| Fax Number | Fax Number |

*************************************************************************

## ORDER

☒ GRANTED   ☐ DENIED

_____8/07/01_____   _____[signature]_____
Date                      United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2001, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Harry R. Harmon, was mailed by first-class mail, postage prepaid, to:

>Edward H. McKay
>4702 Rams Horn Row
>Ellicott City, Maryland  21042.

_____
William W. Carrier, III

#264051