IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

M&M/MARS, A DIVISION OF
MARS, INCORPORATED

———————————————————
Plaintiff(s)

vs.                              *

EDWARD H. McKAY                  *
———————————————————
Defendant(s)
                              ******

Case No.: __CCB 01 CV 2203__

☑ FEE PAID

☐ FEE NOT PAID (SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __William Carrier__, am a member in good standing of the bar of this Court. My bar number is __08453__. I am moving the admission of __David A. Flores__ to appear *pro hac vice* in this case as counsel for __Plaintiff__.

We certify that:

1. Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to: Clerk, United States District Court.)

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of PA | December 1983 |
| Supreme Court of New York | January 1985 |
| U.S.D.C. Eastern District of PA | 1990 |
| Court of Appeals 3rd Circuit | 1994 |
| Court of Appeals 5th Circuit | 1998 |
| Southern District of Texas | 1998 |
| U.S.D.C. Middle District of PA | December, 1989 |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ | /s/ David A. Flores |
| Signature | Signature |
| William Carrier, Bar No. 08453 | David A. Flores |
| Printed Name | Printed Name |
| TYDINGS & ROSENBERG LLP | HARMON & DAVIES, P.C. |
| Firm | Firm |
| 100 E. Pratt Street Baltimore, MD 21202 | 2306 Columbia Avenue Lancaster, PA 17603 |
| Address | Address |
| (410) 752-9700 | (717) 291-2236 |
| Telephone Number | Telephone Number |
| (410) 727-5460 | (717) 291-5739 |
| Fax Number | Fax Number |

*************************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

_____8/07/01_____                    _____[signature]_____
Date                                    United States District Judge