IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| M&M/MARS, A DIVISION OF<br>MARS, INCORPORATED | |
| **Plaintiff(s)** | * |
| vs. | * |
| EDWARD H. McKAY | * |
| **Defendant(s)** | * |

****** 

Case No.: CCB 01 CV 2203

FEE PAID

FEE NOT PAID

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __William Carrier__, am a member in good standing of the bar of

this Court. My bar number is __08453__. I am moving the admission of

__Mark Featherman__ to appear *pro hac vice* in this case as

counsel for __Plaintiff__.

We certify that:

1.    Enclosed is the $50.00 fee for admission *pro hac vice*.  (NOTE: Make check payable to: Clerk, United States District Court.)

2.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Pennsylvania State Court | 1997 |
| California State Court | 1995 |
| New Jersey State Court | 1997 |
| U.S.D.C. Eastern District of PA | 1997 |
| | |
| | |

U.S. District Court (Rev. 7/2001) - Pro Hac Vice

3.      During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ____0____ times.

4.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.   (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

MOVANT

_____
Signature

William Carrier, Bar No. 08453
_____
Printed Name

TYDINGS & ROSENBERG LLP
_____
Firm

100 E. Pratt Street
Baltimore, MD   21202
_____
Address

(410) 752-9700
_____
Telephone Number

(410) 727-5460
_____
Fax Number

PROPOSED ADMITTEE

_____
Signature

Mark Featherman
_____
Printed Name

HARMON & DAVIES, P.C.
_____
Firm

2306 Columbia Avenue
Lancaster, PA 17603
_____
Address

(717) 291-2236
_____
Telephone Number

(717) 291-5739
_____
Fax Number

*************************************************************************************

## ORDER

☑ GRANTED        ☐ DENIED

_8/07/01_
Date

_Catherine C. Blake_
United States District Judge