IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

M&M/MARS, A DIVISION OF
MARS, INCORPORATED

Plaintiff(s)

vs.

EDWARD H. McKAY

Defendant(s)

Case No.: CCB 01 CV 2203

___ ✓ FEE PAID

___ FEE NOT PAID
     (SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __William Carrier__, am a member in good standing of the bar of this Court. My bar number is __08453__. I am moving the admission of __John H. Frymyer, Jr.__ to appear *pro hac vice* in this case as counsel for __Plaintiff__.

We certify that:

1. Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to: Clerk, United States District Court.)

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of PA | November 14, 1988 |
| Bar of the District of Columbia Court of Appeals | September 1, 1989 |
| US District Court for the Middle District of PA | July 9, 1990 |
|  |  |
|  |  |

3.   During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| [signature] | [signature] |
| Signature | Signature |
| William Carrier, Bar No. 08453 | John H. Frymyer, Jr. |
| Printed Name | Printed Name |
| TYDINGS & ROSENBERG LLP | HARMON & DAVIES, P.C. |
| Firm | Firm |
| 100 E. Pratt Street Baltimore, MD  21202 | 2306 Columbia Avenue Lancaster, PA  17603 |
| Address | Address |
| (410) 752-9700 | (717) 291-2236 |
| Telephone Number | Telephone Number |
| (410) 727-5460 | (717) 291-5739 |
| Fax Number | Fax Number |

*******************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

_8/07/01_
Date

_[signature]_
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2001, copies of the foregoing Motions for Admission *Pro Hac Vice* of John H. Frymyer, Jr., Mark Featherman, and David A. Flores, were mailed by first-class mail, postage prepaid, to:

>Edward H. McKay
>4702 Rams Horn Row
>Ellicott City, Maryland  21042.

>_____
>William W. Carrier, III

#264051