IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| M&M/MARS, a Division of Mars, Inc. : | |
| : | |
| v.   : | CIVIL NO. CCB-01-2203 |
| : | |
| EDWARD H. McKAY, and : | |
| DOES 1 through 10 : | |

...oOo...

### ORDER

This will confirm that a hearing on plaintiff's Motion for TRO, or Alternatively, Preliminary Injunction has been scheduled for **Thursday, August 16, 2001 at 9:15 a.m.** in **Courtroom 7D**.

**SO ORDERED** this 13th day of August, 2001.

_____
Catherine C. Blake
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 AUG 13 P 3: 59
CLERK'S OFFICE
AT BALTIMORE
DEPUTY