FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 16  P 2: 37

CLERK'S OF...
AT BALTIMORE

Y_____
           _____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| M&M/MARS, a Division of | * | |
| Mars, Incorporated, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. CCB 01 CV 2203 |
| | * | |
| EDWARD H. McKAY, and | * | |
| DOES 1 Through 10, | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>PRELIMINARY INJUNCTION ORDER</u>**

The Court, having considered the Motion of Plaintiff, M&M/Mars, for a Temporary Restraining Order and Preliminary Injunction, the papers filed in connection therewith, and after hearing on the matter and having considered the arguments of counsel,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion is GRANTED, and Defendant is preliminarily enjoined as follows:

Pending any further order of the Court,

    A.    (1)    Defendant Edward H. McKay will not do any work for any manufacturer of chocolate confectionary, including but not limited to, Hershey Chocolate Co. (Hershey), or any other competitor of M&M/Mars (hereinafter "competitors") with respect to:

        (a)    product sales, advertising, pricing, customer research and development, or

        (b)    strategic planning or marketing plans

    (2)    McKay shall not disclose to any entity or anyone, or use for his own or any



competitor's benefit, any of the plaintiff's confidential information and trade secrets as alleged in the Complaint.

(3) Defendant shall provide his deposition within ~~ten (10)~~ Twenty (20) ccB days regarding any actual or threatened communication of Plaintiff's confidential information or trade secrets. Defendant shall bring to that deposition any property or information ever provided him by M&M/Mars that remains in his possession.

B. Defendant shall not disclose, use or apply in any way any of the trade secrets described in the Complaint in this action.

C. Defendant shall not alter, destroy, or otherwise dispose of any presently existing ccB record or physical evidence relating to (1) Plaintiff's alleged trade secrets; (2) the actions of Defendant as alleged in the Complaint; or (3) Plaintiff.

**IT IS SO ORDERED** this 16th day of August, 2001.

_____
United States District Judge

Agreed to by:

[signature]

Agreed to by:

David A. Flores
Counsel for M&M/Mars

#265145