UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| M&M/MARS, a Division of<br>Mars, Incorporated,<br><br>　　Plaintiff<br><br>v.<br><br>EDWARD H. McKAY, and<br>DOES 1 Through 10<br><br>　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. CCB 01 CV 2203 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FINAL INJUNCTION ORDER AND JUDGMENT

After careful consideration, the Plaintiff, M&M/Mars' Motion for Judgment by Default

or, In the Alternative, Summary Judgment, and the papers filed in connection therewith, it is this

_29__ day of ___April____, 2002,

HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's motion is

GRANTED, and, pending any further order of the Court,

A.　(1)　From the date of this Final Injunction Order and Judgment until

November 4, 2003, Defendant Edward H. McKay shall not do any work

for any manufacturer of chocolate confectionary, including but not limited

to Hershey Chocolate Co. ("Hershey"), or any other competitor of

M&M/Mars (hereinafter "competitors") with respect to:

(a)　product sales, advertising, pricing, customer research and

development, or

(b)　strategic planning or marketing plans;

#289957

    (2)     Defendant McKay shall not disclose to any entity or anyone, or use for his own or any competitor's benefit, any of the Plaintiff's confidential information and trade secrets as alleged in the Complaint.

B.     Defendant McKay shall not disclose, use, or apply in any way any of the trade secrets described in the Complaint in this action.

C.     Defendant McKay shall not alter, destroy, or otherwise dispose of any presently existing record or physical evidence relating to (1) Plaintiff's alleged trade secrets; (2) the actions of Defendant as alleged in the Complaint; or (3) Plaintiff; and

FURTHER ORDERED AND ADJUDGED that

A.     Defendant McKay shall pay Plaintiff M&M/Mars the sum of $3,120.92; and

B.     This case shall be administratively closed subject to being reopened by motion by the Plaintiff within 90 days of the date of this Final Injunction and Order and Judgment requesting a hearing to determine if additional damages may be awarded to Plaintiff on account of Defendant's violations of his agreement with Plaintiff and of the Maryland Trade Secrets Act.

_____

United States District Judge



#289957